No. 685.—RONDÓN VIERA, RECURRENTE, *v.* REGISTRADOR DE LA PROPIEDAD DE GUAYAMA, *Recurrido.* Recurso Gubernativo. Julio 7, 1927.

POR CUANTO Don Francisco Rodríguez y su esposa Doña Ana Taboada son condueños con otras personas de una finca de 72 cuerdas de terreno, en la que tienen una participación indivisa de 3/5 más 1/10 de terreno, equivalentes a 50 cuerdas con 40 centavos de otra.

POR CUANTO los expresados consortes celebraron con Don Julio Rondón un contrato de siembra y refacción con garantía hipotecaria sobre diez cuerdas de terreno de esa finca.

POR CUANTO el Registrador de la Propiedad negó la anotación del referido contrato por no acreditarse en forma alguna el consentimiento de los otros condueños para el contrato cuya anotación se solicita; contra cuya negativa ha interpuesto Don Julio Rondón este recurso gubernativo.

POR CUANTO igual cuestión la hemos resuelto en el caso de *Cayey Sugar Company contra el Registrador,* 26 D. P. R. 543; siendo análogo el de *Hidalgo contra el Registrador,* 32 D. P. R. 508.

POR TANTO debemos confirmar y *confirmamos* la resolución recurrida.

No. 4313.—SOTERA MORALES, APLTE. *v.* MARCOS RAMOS, APDO.—C. D. Ponce. Reconocimiento de título. Julio 12, 1927. Habiéndose solicitado por la apelante varias prórrogas para preparar la transcripción de la evidencia y habiendo vencido la última prórroga el 10 de junio último, sin que se pidiera nueva prórroga, y transcurrido en exceso el término de 30 días sin haberse archivado en esta Corte la transcripción del récord, se declara *con lugar la moción del apelado y se desestima el recurso.*